# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STEPHANIE GIBBONS** *individually, and on behalf of her minor children,* **GRACE GIBBONS AND EMMA GIBBONS,** : : : : : : **Plaintiffs,** : : v. : : **MID-CENTURY INSURANCE COMPANY,** : : *Defendant.* : | **CIVIL ACTION** No. 20-3381 |

## ORDER

**AND NOW**, this **24th** day of **September 2020**, upon consideration of Plaintiffs' Motion to Remand (ECF No. 6) and Defendant's Response in Opposition (ECF No. 9), it is hereby **ORDERED** and **DECREED** that Plaintiffs' Motion to Remand (ECF No. 6) is **GRANTED**. The Clerk of Court is directed to **REMAND** this matter back to the Court of Common Pleas of Montgomery County and close this matter.

                                                      **BY THE COURT:**

                                                      **/s/ Chad F. Kenney**
                                                      **CHAD F. KENNEY, JUDGE**